IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN GIORDANO**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DEAN HEDEKER, et al.**,<br><br>*Defendants.* | **Case No. 2:24-cv-06430-JDW** |

### ORDER

**AND NOW**, this 23rd day of December, 2024, upon review of a joint letter from Defendants Dean Hedeker, Hedeker Law, Ltd., and Hedeker Wealth, LLC (together "Defendants") dated December 19, 2024, seeking an extension of time to respond to Plaintiff John Giordano's Complaint, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Defendants may file a response to Mr. Giordano's Complaint on or before January 31, 2025.

2. On or before January 31, 2025, Counsel for all Parties shall have a meal together. Among the lawyers who attend the meal must be the lawyer who will be "Lead Counsel" pursuant to my Policies and Procedures. Plaintiff's Counsel shall pay the bill, and Defendants' Counsel shall leave the tip. At lunch, Counsel shall discuss how they intend to conduct themselves in a manner befitting this Court and the legal profession in general.

2

Within seven days of the lunch, the Parties shall submit a joint letter to my Chambers via email to chambers_of_judge_wolson@paed.uscourts.gov, describing the topics of conversation during lunch and attaching a receipt from the meal.

                                                **BY THE COURT:**

                                                */s/ Joshua D. Wolson*
                                                JOSHUA D. WOLSON, J.