**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN GIORDANO**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DEAN HEDEKER, et al.**,<br><br>*Defendants.* | **Case No. 2:24-cv-06430-JDW** |

**ORDER**

**AND NOW**, this 28th day of September, 2026, upon consideration of Defendants Dean Hedeker (in his capacity as a wealth advisor) and Hedeker Wealth, LLC's Motion For Summary (ECF No. 44) and the Motion For Summary Judgment On Behalf Of Defendants Hedeker Law, Ltd. And Dean Hedeker In His Capacity As Hedeker Law, Ltd. Attorney (ECF No. 46), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Hedeker Wealth Defendants' Motion For Summary (ECF No. 44) is **DENIED IN PART** and **GRANTED IN PART**, as follows:

a. The Motion is **DENIED** with respect to Count Three to the extent the breach of contract claim arises from the Hedeker Wealth Defendants' diversion of EQUUS distributions; and

b. The Motion is **GRANTED** in all other respects;

2. The Hedeker Wealth Defendants' Motion To Bar Testimony Of Plaintiff's Expert (ECF No. 45) is **GRANTED**;

3. The Hedeker Law Defendants' Motion For Summary (ECF No. 46) is **GRANTED**; and

4. The Hedeker Law Defendants' Motion To Preclude Clifford B. Cohn From Offering His Expert Opinion (ECF No. 57) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.